No. 39240.—Protests 394590–G, etc., of Wm. H. Schmiegel, Inc. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39241.—Protest 259902–G of John Wanamaker (New York).

Opinion by TILSON, J. Artificial flowers similar to those involved in *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419. Articles in chief value of cellulose filaments were held dutiable at 60 percent under paragraph 31 as claimed. Abstract 37230 followed.

No. 39242.—Protests 141022–G, etc., of Kupfer Bros. Imp. Co. (New York).

Opinion by TILSON, J. On the record presented the protests were dismissed for lack of evidence.

No. 39243.—Protest 105404–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. Embroidered articles in part of lace similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430 as claimed.

No. 39244.—Protest 894949–G of Jordan Marsh Co. (Boston).

Opinion by KINCHELOE, J. It was shown that the merchandise in question is entirely of cotton. The claim at 44 percent under paragraph 909 and T. D. 46511 was therefore sustained.

No. 39245.—Protests 261604–G, etc., of Abraham & Straus, Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of vases, atomizers, boxes, powder boxes, perfume bottles, sprayers, photo frames, perfume sets, jars, trays, and bottles chiefly used in the kitchen or household or on the table for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained.